UNITED STATES DISTRICT COURT
WESTERN DISTRICT FOR WASHINGTON STATE
AT TACOMA

| | |
|---|---|
| BRANDON K. ROE and TERI L. ROE, husband and wife,<br><br>                      Plaintiffs.<br>vs.<br><br>STATE OF WASHINGTON and DEPARTMENT OF SOCIAL & HEALTH SERVICES, et al<br>                      Defendants. | NO. 13-05927<br><br>DECLARATION OF SERVICE FOR DEFENDANT STEPHANIE FROST |

I certify that I served a copy of the Summons and Complaint for damages on Defendant Stephanie Frost through her counsel of record, Sean Davis, AAG, as follows:

Washington State Attorney General
7141 Clearwater Drive SW
Olympia, Washington

By the following method:

☐    US Mail Postage Prepaid via USPS
☐    ABC/Legal Messenger Service
☐    Private Process Service
☑    Hand Delivered by: Jodie Peterson

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 1st day of November, 2013, at Olympia, Washington.

_____
JODIE PETERSON, Paralegal

*DECLARATION OF SERVICE- Page 1 of 1*

**Preble Law Firm, P.S.**
Attorneys at Law
State & Sawyer Building, Suite 101
2120 State Avenue N.E.
Olympia, Washington 98506
(360) 943-6960   FAX: (360) 943-2603